IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.        5:23-mj-1094-PRL

DANIEL BALL,
    Defendant.

AUSA: William Hamilton
Deft. Atty.: Christine Bird (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | May 2, 2023<br>2:44 pm – 3:06 pm<br>22 minutes |
|---|---|---|---|
| DEPUTY CLERK | H. Iovino/M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Defendant arrested on a Criminal Complaint from the District of Columbia. (Their case number is 23-mj-88.)

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant, the Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant waives both an identity hearing and production of the warrant but is requesting to have both a preliminary and detention hearing in this district.

Government orally moves for detention.

Defendant confirms seeking bond but not prepared to go forward today and requests a continuance to either May 3rd or May 4th.

Detention Hearing scheduled for May 3, 2023 at 2:00 pm

Court inquires of the parties regarding the scheduling of a Preliminary Hearing.

The Preliminary Hearing is scheduled for May 11, 2023 at 10:00 am.

**ORDER OF TEMPARY DETENTION TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit,
Waiver of Rule 5 & 5.1 Hearings form